```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA             :    UNSEALING ORDER
                                    :
         - v. -                      :    S7 18 Cr. 184 (VSB)
                                    :
BENJAMIN TAYLOR and                  :
DARINA WINDSOR,                      :
                                    :
         Defendants.                 X
- - - - - - - - - - - - - - - - - -
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Richard Cooper and Daniel Tracer;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
            October 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 21 2019