```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         18cr184-2 (DLC)
            -v-                          :
                                         :            ORDER
DARINA WINDSOR,                          :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the Defendant's letter request of March 3, 2026 to appear by video conference for the initial appearance and arraignment, it is hereby

    ORDERED that the Defendant's request is granted. A video conference link will be circulated to defense counsel in advance of the conference.

    IT IS FURTHER ORDERED that the initial appearance and arraignment is set for **April 2, 2026 at 11:00 AM** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
           March 5, 2026

                                              DENISE COTE
                                    United States District Judge